

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK





JAIME MARTINEZ Hernandez

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Ray Barretto   Robert Bryant

Gabriel Nigeria   Michael Jackson

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. CV 22-1235

(to be filled in by the Clerk's Office)

Jury Trial: ☐ Yes  ☑ No
(check one)

CHEN, J.

BLOOM, M.J.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

AGAINST.
APT 6D   APT 6D   GABREL NIGERIA APT 5D
Name            Ray Barretto, Robert Bryant   MICHAL JACKSON APT 3D
Street Address  275 Kosciuszko St
City and County Brooklyn NY 11221
State and Zip Code
Telephone Number  Please contact Ms. Juliana Wilkinson at
E-mail Address    TEL# † 929-210-9355 ₤ 347.713.0011

would you please leave a message with
her    Thanks appriciatively.

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name              Ray Barretto
Job or Title
(if known)
Street Address    275 Kosciuszko St Apt #6D
City and County   Brooklyn NY 11221
State and Zip Code Brooklyn County
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name              Robert Bryan Bryant
Job or Title
(if known)
Street Address    275 Kosciuszko St Apt 6D
City and County   Brooklyn NY 11221 Brooklyn County

2

(5) DERRICK MORRIS APT 1E (1E)
State and Zip Code   BROOKLYN NY 11221 Brooklyn County
Telephone Number
E-mail Address
(if known)

Defendant No. 3
  Name   GABRIE NIGERIA
  Job or Title
  (if known)
  Street Address City   275 KOSCIUSZKO ST APT 5D
  and County State   BROOKLYN NY 11221
  and Zip Code   COUNTY OF BROOKLYN
  Telephone Number
  E-mail Address
  (if known)

Defendant No. 4
  Name   MICHAEL JAXSON
  Job or Title
  (if known)   NOT THE VOCALIST
  Street Address City   275 KOSCIUSZKO ST APT 3D
  and County State   BROOKLYN COUNTY
  and Zip Code   BROOKLYN NY 11221
  Telephone Number
  E-mail Address
  (if known)

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_CDL LICENSE by US DPPT OR TRANSPORTATION_
_STOLEN by ORDERS OF ROBERT BRYANT_
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1. The Plaintiff(s)

      a. If the plaintiff is an individual

         The plaintiff, (name) _JAIME MARTINEZ HERNANDEZ_, is a citizen of the State of (name) _JAIME MARTINEZ HERNANDEZ_

      b. If the plaintiff is a corporation

         The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2. The Defendant(s)

      a. If the defendant is an individual

         The defendant, (name) _Ray Barretto_, is a citizen of the State of (name) _Ray Barretto_. Or is a citizen of *(foreign nation)* _USA CITIZEN_.

         3 _Robert Bryant APT 6D Brooklyn NY 11221_
         _USA CITIZEN_

         4. _Gabriel Niferia 275 Kosciusko St APT 5D Brooklyn NY 11221_

         5 _Michael Jackson 275 Kosciusko St APT 3D Brooklyn NY 11221_

4

  b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I do want cash out of it rather to be able to bring the 5 defendants to Brooklyn Court at Eastern District Court at 225 Cadman Plaza East Brooklyn NY 11201 and I filed complaint with Honorable Chief Judge Dr Margo K Brodie she will be Chief Judge who will do the prosecution against the 5 defendants accused by 5 defendants in total

THANK YOU VERY MUCH. Respectfully.

*Jaime Martinez Hernandez*

5

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-3, 2022

Signature of Plaintiff        *Jaime Martinez Hernandez*
Printed Name of Plaintiff     JAIME MARTINEZ HERNANDEZ

6